IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| U.S. Concrete On-Site, Inc., | ) | C/A. No. 3:09-1402-JFA |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER OF DISMISSAL |
| Shaw-Areva MOX Services, LLC, | ) | WITHOUT PREJUDICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter comes before the court on the plaintiff's motion to dismiss pursuant to Rule 41(a)(2), Fed. R. Civ. P. The court grants plaintiff's motion to dismiss without prejudice. The clerk is instructed to close the case.

IT IS SO ORDERED.

November 17, 2009　　　　　　　　　　　Joseph F. Anderson, Jr.
Columbia, South Carolina　　　　　　　　United States District Judge